## HOOKS v. STATE.
### No. 23764.

Court of Criminal Appeals of Texas.
June 4, 1947.

No appearance for appellant.

A. C. Winborn, Criminal Dist. Atty., and E. T. Branch, Asst. Crim. Dist. Atty., both of Houston, and Ernest S. Goens, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

Appellant was convicted on a charge of misdemeanor theft, and his punishment assessed at one year in the county jail.

The record is before us without a statement of facts or bills of exception. Nothing is presented for the consideration of this court.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## HENSLEY v. STATE.
### No. 23681.

Court of Criminal Appeals of Texas.
June 4, 1947.

No appearance for appellant.

W. K. Baldridge, Co. Atty., and Rogers Teel, Asst. Co. Atty., both of Denton, and Ernest S. Goens, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

Appellant was convicted on a charge of attempting to pass a forged instrument, and his punishment assessed at two years in the penitentiary.

The record is before us without a statement of facts or bills of exception. Nothing is presented to this court for review.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.